UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN IMMIGRATION COUNCIL, *et al.*,<br><br>      Plaintiffs,<br><br>   v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>      Defendants. | Civil Action No. 25-1973 (ACR) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Mason D. Bracken on behalf of Defendants U.S. Department of Homeland Security and U.S. Citizenship and Immigration Services.

Dated: July 28, 2025
   Washington, DC

                Respectfully submitted,


               By: */s/ Mason D. Bracken*
                  MASON D. BRACKEN
                  Assistant United States Attorney
                  601 D Street, N.W.
                  Washington, D.C. 20530
                  Telephone: (202) 252-2550
                  mason.bracken@usdoj.gov

               *Attorneys for the United States of America*