UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN IMMIGRATION COUNCIL, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　　　v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>　　　　　　Defendants. | Civil Action No. 25-1973 (ACR) |

## DEFENDANTS' CONSENT MOTION FOR EXTENSION OF TIME

　　　Pursuant to Federal Rule of Civil Procedure 6(b), Defendants the U.S. Department of Homeland Security and United States Citizenship and Immigration Services ("Defendants"), by and through undersigned counsel, respectfully move to extend their deadline to answer or respond to Plaintiffs' Complaint—from July 31, 2025, to September 14, 2025.  Counsel for Defendants conferred with Plaintiffs under Local Civil Rule 7(m).  Plaintiffs courteously consented to the relief sought herein.  The grounds for this motion are as follows.

　　　Plaintiffs filed this lawsuit on June 24, 2025.  *See* Compl. (ECF No. 1).  The Complaint alleges violations of the Freedom of Information Act ("FOIA") based on FOIA requests for information relating to temporary suspension of processing of certain applications for adjustment of status to lawful permanent resident in Form I-485s.  Defendants were served with the Summons and Complaint on July 1, 2025, when they were received by certified mail at the United States Attorney's Office for the District of Columbia.

　　　There is good cause for this first requested extension.  The undersigned is completely new to this case and this job, having joined the U.S. Attorney's Office as an Assistant United States

Attorney on June 30, 2025. The undersigned has been assigned a very large number cases—an active docket of cases in litigation. For each case, including this one, he must learn the facts and procedural history, identify appropriate next steps for each, establish relationships with agency counsel and opposing counsel, and tackle near-term Court deadlines in a variety of cases. For all cases, the undersigned is diligently doing so. This case is but one of many matters with which the undersigned is unfamiliar. The forty-five (45) day extension requested herein will further the interests of justice by affording the undersigned a realistic timeframe to review and analyze the Complaint and its four (4) exhibits, to file an answer/response, and to professionally represent his clients. The undersigned greatly appreciates the Court's and Plaintiffs' patience and understanding during this transition.

Additionally, the undersigned understands that the Court's Standing Order in Civil Cases requires the filing of a motion for extension of time at least four (4) days prior to the deadline and that there are good reasons for this rule. The undersigned apologizes that this motion is one-day tardy. While this motion is filed three (3) days before the deadline to answer/respond of July 31, the undersigned first sought to confer with Plaintiffs' counsel several days prior, on Friday, July 25, and with the intervening weekend, did not hear back until today, Monday, July 28, 2025. Conferral between the parties has included productive discussions about the subject matter of this lawsuit—including the Defendants' current progress in processing the FOIA requests at issue, Defendants' proposed timeline for further document productions, and Plaintiffs' potential challenge to the search conducted. This conferral has already begun to narrow the issues in dispute and frame the case for further proceedings. The undersigned will endeavor in the future to ensure that motions for extension of time comply with the Court's Standing Order in Civil Cases.

This motion is filed in good faith, not for purposes of gaining any unfair advantage through delay, and is supported by good cause. This is Defendant's first request for an extension of time in this case. There are not yet other deadlines in this case. Finally, it is not anticipated that granting this motion will unduly prejudice Plaintiffs nor will it adversely affect this Court's orderly administration of this matter. Indeed, Plaintiffs' consent indicates that they will not suffer any prejudice.

For these reasons, Defendants respectfully request that the Court extend the time for them to file a motion to dismiss, to answer, or otherwise respond to the Complaint through September 14, 2025, as proposed in the attached proposed order.

Dated: July 28, 2025　　　　　　　　　　　Respectfully submitted,
Washington, DC

　　　　　　　　　　　　　　　　　　　　JEANINE FERRIS PIRRO
　　　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　　　　　By:  /s/ Mason D. Bracken
　　　　　　　　　　　　　　　　　　　　　　　MASON D. BRACKEN
　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　　　　601 D Street, N.W.
　　　　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20530
　　　　　　　　　　　　　　　　　　　　　　　Telephone: (202) 252-2550
　　　　　　　　　　　　　　　　　　　　　　　mason.bracken@usdoj.gov

　　　　　　　　　　　　　　　　　　　　*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN IMMIGRATION COUNCIL, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>Defendants. | Civil Action No. 25-1973 (ACR) |

## **[PROPOSED] ORDER**

UPON CONSIDERATION of Defendants' consent motion for an extension of time to answer/respond to the Complaint, for good cause shown, and the entire record herein, it is hereby

ORDERED that Defendants' motion is GRANTED; and it is further

ORDERED that Defendants shall have through and including September 14, 2025, to file an answer or response to the Complaint.

SO ORDERED:

_____         _____
Dated                                                                          Ana C. Reyes
                                                                                     United States District Judge