UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN IMMIGRATION COUNCIL, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY, et al., <br><br> Defendants. | Civil Action No. 25-1973 (ACR) |

**JOINT STATUS REPORT**

Pursuant to the Court's September 15, 2025, Minute Order, Plaintiffs American Immigration Council and American Immigration Lawyers Association and Defendants Department of Homeland Security ("DHS") and Customs and Immigration Services ("USCIS") by and through undersigned counsel, respectfully submit the Parties' first joint status report.

The deadline for the Parties' joint status report was extended from October 17 until December 9, 2025, by Chief Judge Boasberg's Standing Order No. 25-59 (issued November 13, 2025) addressing deadlines during the government shutdown in civil matters involving an agency of the United States.

This case concerns Plaintiffs' Freedom of Information Act ("FOIA") requests for records submitted on April 8, 2025. *See* Compl. (ECF No. 1). DHS and USCIS each received a FOIA request from Plaintiffs on April 8, 2025.

The Parties' counsel met and conferred by videoconferencing on November 18, 2025, and have also exchanged emails on substantive matters.

The status of Plaintiffs' FOIA requests is as follows.

**DHS**

DHS has completed processing Plaintiffs' FOIA request. On August 15, 2025, DHS issued an interim response by letter to Plaintiff regarding their request. For this production, DHS reviewed 406 pages, of which 6 pages were released in full, 69 pages were released in part pursuant to FOIA exemptions (b)(5), (b)(6), (b)(7)(C), and (b)(7)(E), 116 pages were withheld in full pursuant to FOIA exemptions (b)(5) and b(7)(E), 25 pages were sent for consultation to a non-party agency, 171 pages are duplicates, and 19 pages were referred to USCIS for direct response to the Plaintiff. On September 15, 2025, DHS issued its final response by letter to Plaintiffs regarding their request. For this production, DHS reviewed 25 pages that had been sent out for consultation as noted above. Following further review, the records were determined to be non-responsive.

**USCIS**

USCIS has not completed processing Plaintiffs' FOIA request. On July 21, 2025, USCIS issued an interim response by letter to Plaintiffs regarding their request. For this production, USCIS reviewed 13 pages, of which 1 page was released in full, 1 page was released in part pursuant to FOIA exemption (b)(6), and 11 pages were sent to DHS for consultation. On August 4, 2025, USCIS issued a response by letter regarding the 11 pages sent to DHS. For this production, USCIS released 11 pages in part in pursuant to FOIA exemptions (b)(5), (b)(6) and (7)(E). USCIS' is verifying its original search for records and will provide an update to Plaintiff in approximately one month, on or about January 9, 2026.

At this time, Defendants do not seek or plan to seek a stay of proceedings pursuant to 5 U.S.C. § 552(a)(6)(C), and *Open America v. Watergate Special Prosecution Force*, 547 F.2d 605 (D.C. Cir. 1976).  Defendants reserve the right to request such a stay at a later time.

The Parties are engaged in discussions regarding Defendants' responses to Plaintiff's FOIA requests, in particular, matters related to Defendants' searches—including custodians, search terms, scope, date ranges, and locations searched.  These discussions continue.

As for potential appearances before this Court, the Parties at this time do not believe that an appearance before this Court in this FOIA matter will be necessary.  They plan to handle matters on the papers.  If circumstances change, the Parties reserve the right to request an appearance at a later date.

Considering that the Parties' discussions continue, the Parties do not at this time propose a briefing schedule on any dispositive motions.

*   *   *

In consideration of the foregoing, the Parties respectfully propose that the Court permit the Parties to submit another joint status report in on February 9, 2026 (noting that sixty days would fall on the preceding weekend), updating the Court on the status of the processing of Plaintiffs' FOIA request.

| | |
|---|---|
| Dated: December 9, 2025<br>Washington, D.C. | Respectfully submitted,<br><br>JEANINE FERRIS PIRRO<br>United States Attorney |
| By: */s/ Raul A. Pinto*<br>Raul Pinto (DC Bar No. 90013180)<br>American Immigration Council<br>PMB2026<br>2001 L Street N.W., Suite 500<br>Washington, DC 20036<br>(202) 507-7549 (phone)<br>rpinto@immcouncil.org | By:  */s/ Mason D. Bracken*<br>      MASON D. BRACKEN<br>      Assistant United States Attorney<br>      601 D Street, N.W.<br>      Washington, D.C. 20530<br>      Telephone: (202) 252-2523<br>      mason.bracken@usdoj.gov |
| Jennifer Coberly (DC Bar No. 90031302)<br><br>American Immigration Lawyers Association<br>1331 G Street NW, Suite 300<br>Washington, DC 20005<br>(202) 507-7600jc<br>jcoberly@aila.org | *Attorneys for the United States of America* |

*Counsel for Plaintiffs*