UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN IMMIGRATION COUNCIL, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>Defendants. | Civil Action No. 25-1973 (ACR) |

## JOINT STATUS REPORT

Pursuant to the Court's September 15, 2025, Minute Order, Plaintiffs American Immigration Council and American Immigration Lawyers Association and Defendants Department of Homeland Security ("DHS") and U.S. Citizenship and Immigration Services ("USCIS") by and through undersigned counsel, respectfully submit the Parties' third joint status report.

This case concerns Plaintiffs' Freedom of Information Act ("FOIA") requests for records submitted on April 8, 2025. *See* Compl. (ECF No. 1). DHS and USCIS each received a FOIA request from Plaintiffs on April 8, 2025.

The status of Plaintiffs' FOIA requests is as follows.

**DHS**

DHS reports that its lapse of appropriations, which began February 14, 2026, continues. DHS HQ FOIA employees that support counsel in FOIA litigation are furloughed and have not been excepted to work on FOIA litigation. DHS is unable to address Plaintiff's claims regarding searches and productions until the lapse in appropriations has ended. Furthermore, once

appropriations are restored, DHS will need some time to reorganize and then will resume work on this matter. The agency's orderly return from the shutdown takes time as furloughed staff work through backlogs of emails, voicemails, and tasks, receive direction from management on projects, and triage tasks. Defendant DHS will have more to report once their lapse in appropriations ends and they have time to coordinate their work after FOIA staff return from furlough. Defendant will inform Plaintiffs as soon as the DHS lapse in appropriations ends. In light of this explanation, Plaintiffs have agreed not to oppose DHS' request for a stay of its ongoing FOIA obligations in this case until the lapse in appropriations ends.

As previously reported, DHS has completed processing Plaintiffs' FOIA request. On August 15, 2025, DHS issued an interim response by letter to Plaintiffs regarding their request. For this production, DHS reviewed 406 pages, of which 6 pages were released in full, 69 pages were released in part pursuant to FOIA exemptions (b)(5), (b)(6), (b)(7)(C), and (b)(7)(E), 116 pages were withheld in full pursuant to FOIA exemptions (b)(5) and b(7)(E), 25 pages were sent for consultation to a non-party agency, 171 pages are duplicates, and 19 pages were referred to USCIS for direct response to the Plaintiffs. On September 15, 2025, DHS issued its final response by letter to Plaintiffs regarding their request. For this production, DHS reviewed 25 pages that had been sent out for consultation as noted above. Following further review, the records were determined to be non-responsive.

**USCIS**

USCIS has completed processing Plaintiffs' FOIA request. On July 21, 2025, USCIS issued an interim response by letter to Plaintiffs regarding their request. For this production, USCIS reviewed 13 pages, of which 1 page was released in full, 1 page was released in part pursuant to FOIA exemption (b)(6), and 11 pages were sent to DHS for consultation. On August

4, 2025, USCIS issued a response by letter regarding the 11 pages sent to DHS. For this production, USCIS released 11 pages in part pursuant to FOIA exemptions (b)(5), (b)(6) and (7)(E). As previously reported, USCIS sent its final response letter to Plaintiffs on February 9, 2026. For this production, USCIS reviewed 31 pages and 2 Microsoft Excel spreadsheets which it released in part pursuant to FOIA exemptions (b)(5), (b)(6), (b)(7)(C), and (b)(7)(E).

The Parties are engaged in discussions regarding Defendants' responses to Plaintiffs' FOIA requests, in particular, matters related to Defendants' searches—including custodians, search terms, scope, date ranges, and locations searched. These discussions continue.

Considering that the Parties' discussions continue, the Parties do not at this time propose a briefing schedule on any dispositive motions.

In consideration of the foregoing, the Parties respectfully propose that the Court permit the Parties to submit another joint status report in sixty days, on May 25, 2026, updating the Court on the status of the Parties' discussions and the processing of Plaintiffs' FOIA request.

Dated: March 26, 2026
Washington, D.C.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Raul A. Pinto*
Raul Pinto (DC Bar No. 90013180)
American Immigration Council
PMB2026
2001 L Street N.W., Suite 500
Washington, DC 20036
(202) 507-7549 (phone)
rpinto@immcouncil.org

By:   */s/ Mason D. Bracken*
MASON D. BRACKEN
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
Telephone: (202) 252-2523
mason.bracken@usdoj.gov

Jennifer Coberly (DC Bar No. 90031302)    *Attorneys for the United States of America*

American Immigration Lawyers
Association
1331 G Street NW, Suite 300
Washington, DC 20005

(202) 507-7600jc
jcoberly@aila.org

*Counsel for Plaintiffs*