UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN IMMIGRATION COUNCIL, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>Defendants. | Civil Action No. 25-1973 (ACR) |

**JOINT STATUS REPORT**

Pursuant to the Court's September 15, 2025, Minute Order, Plaintiffs American Immigration Council and American Immigration Lawyers Association and Defendants Department of Homeland Security ("DHS") and U.S. Citizenship and Immigration Services ("USCIS") by and through undersigned counsel, respectfully submit the Parties' fifth joint status report.

This case concerns Plaintiffs' Freedom of Information Act ("FOIA") requests for records submitted on April 8, 2025. *See* Compl. (ECF No. 1). As previously reported, Defendants have completed processing and producing nonexempt, responsive records to Plaintiffs' FOIA requests.

The Parties now report that they have settled in principle on the only remaining dispute, attorneys' fees and costs. The parties are preparing settlement paperwork and will promptly file a stipulation of dismissal once they finalize settlement.

In consideration of the foregoing, the Parties respectfully propose that the Court permit the Parties to submit another joint status report on or before December 9, 2026, updating the Court on the status of the Parties' discussions.

Dated: October 9, 2026
Washington, D.C.

By: */s/ Raul A. Pinto*
Raul Pinto (DC Bar No. 90013180)
American Immigration Council
PMB2026
2001 L Street N.W., Suite 500
Washington, DC 20036
(202) 507-7549 (phone)
rpinto@immcouncil.org

Jennifer Coberly (DC Bar No. 90031302)

American Immigration Lawyers Association
1331 G Street NW, Suite 300
Washington, DC 20005
(202) 507-7600
jcoberly@aila.org

*Counsel for Plaintiffs*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Mason D. Bracken*
MASON D. BRACKEN
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
Telephone: (202) 252-2523
mason.bracken@usdoj.gov

*Attorneys for the United States of America*